UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL E. STATLER, individually, TYLER W. GASSMAN, individually, and ROBERT E. LARSON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>SPOKANE COUNTY, WASHINGTON, a municipal corporation; DOUGLAS MARSKE and WILLIAM FRANCIS,<br><br>Defendants. | NO: 2:15-CV-0332-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 113). The parties represent that this matter should be dismissed with prejudice and with each party bearing their own fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' motion, this matter is **DISMISSED** with prejudice and with each party bearing their own fees and costs.

2. All pending motions are **DENIED as moot** and all hearing dates stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 16, 2017.



THOMAS O. RICE
Chief United States District Judge